

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
Susan Cushman
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>PREMISES LOCATED AT )<br>7005 GLASS SLIPPER COURT, )<br>LAS VEGAS, NEVADA )<br>CITY OF LAS VEGAS, )<br>COUNTY OF CLARK )<br>STATE OF NEVADA )<br>_____) | 2:13-mj-00802-VCF |

GOVERNMENT'S APPLICATION FOR AN ORDER
TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, the Court's Order and search warrant return for purposes of discovery in the above-captioned matter.

Unsealing is necessary to permit the Government to copy and distribute the above referenced documents to the defense.

DATED this 13th day of November, 2013.

DANIEL G. BOGDEN
United States Attorney

SUSAN CUSHMAN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | 2:13 MJ 00802-VCF |
| ) | |
| PREMISES LOCATED AT ) | |
| 7005 GLASS SLIPPER COURT, ) | |
| LAS VEGAS, NEVADA ) | |
| CITY OF LAS VEGAS, ) | |
| COUNTY OF CLARK ) | |
| STATE OF NEVADA ) | |
| ) | |

<u>ORDER</u>

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, the Court's Order, and search warrant return issued in the above-captioned matter and good cause appearing, therefor

IT IS SO ORDERED that the Affidavit, the Application, the Court's Order and search warrant return be unsealed.

DATED this <u>14th</u> day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE